

**FILED**
JUL - 7 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY A. DAY,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Case: 1:20−mc−00042<br>Assigned To : Unassigned<br>Assign. Date : 7/7/2020<br>Description: Misc.<br><br>Civil Action No. 20- (JEB) |

## ORDER

As there is nothing in Plaintiff's Motion that warrants sealing his Complaint, the Court ORDERS that his Motion to Seal is DENIED.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  July 7, 2020

1